⚑AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | New York |

## APPEARANCE

Case Number: 08 Cr. 76

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Joseph Chirico

I certify that I am admitted to practice in this court.

| 2/12/2008 | *[signature]* |
|---|---|
| Date | Signature |

Joseph DiBenedetto JD4418
Print Name / Bar Number

225 Broadway, Suite 2700,
Address

| New York, New York | | 10007 |
|---|---|---|
| City | State | Zip Code |

| (212) 227-4700 | (212) 406-6890 |
|---|---|
| Phone Number | Fax Number |