

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JB:JL:sm:kh
F. #2007R00730
discovery 11

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 1, 2008

All Counsel of Record

      Re:  United States v. Joseph Agate, et al.
           Criminal Docket No. 08 CR 76 (JBW)

Dear Counsel:

     The government furnishes the following draft transcripts from the wiretap recordings, in accordance with the draft transcript stipulations executed by the parties in the above-captioned case.  You may obtain the draft transcripts by contacting Joe Meisner from First Choice Copy (Jagg Management) at (718) 381-1480 x212.  Please reference print order number **86082**.

|  | PHONE/SUBSCRIBER | DRAFT TRANSCRIPTS FOR CALL NUMBERS |
|---|---|---|
| 75T | 718-948-1573<br>C.V. Vollaro<br>665 Craig Avenue<br>Staten Island, NY<br>(Dump Masters) | 74, 97, 102, 131, 407, 408, 410, 478, 536 |
| 76T | 718-605-6726<br>Amanda Dohner<br>7 Herrick Avenue<br>Staten Island, NY | 101, 108, 109, 134, 180, 210, 211, 234, 313, 314, 315, 316, 318, 320, 430, 694, 696, 729, 803, 805, 807, 830, 903, 946, 974, 1028, 1241, 1243, 1261, 1360, 1694, 1760, 2367, 2538, 2540, 2698, 2764, 2767, 2828, 2858, 2902, 2903, 2992, 3031, 3176, 3181, 3195, 3224, 3352, 3367, 3393, 3405, 3417, 3420, 3513, 3555, 3805, 3821, 3915, 3931, 3932, 3996, 4130, 4462, 4844, 4846, 4847, 4897, 5015, 5038, 5091, 5097, 5455, 6778, 8167, 8173, 8174, 8175, 8404, 8419, 8420, 8783, 8922 |

|  | PHONE/SUBSCRIBER | DRAFT TRANSCRIPTS FOR CALL NUMBERS |
|---|---|---|
| 77T | 718-477-9599<br>Joseph Vollaro<br>333 Chelsea Avenue<br>Staten Island, NY | 12, 33, 34, 36, 54, 56, 64, 75, 87, 106, 117, 118, 119, 120, 129, 142, 152, 155, 158, 188, 194, 209, 210, 211, 212, 218, 243, 244, 246, 255, 318, 339, 341, 342, 350, 352, 356, 365, 370, 371, 373, 424, 430, 544, 550, 556, 557, 561, 563, 645, 666, 925, 1820, 1961, 2281, 2298, 2345, 2704, 2705, 2821, 2933, 2945, 2949, 2951, 2967, 3201, 3291, 3333, 3728, 3735, 3736, 3737, 3742, 3757, 3759, 3770, 3774, 3778, 3788, 3823, 3850, 3889, 3928, 3949, 4039, 4092, 4301, 4302, 4338, 4354, 4363, 4422, 4488, 4492, 4497, 4603, 4612, 4633, 4798, 5046, 5122, 5257, 5260, 6504, 6724, 6725, 6726, 6727 |
| 78T | 718-477-5553<br>Catherine Vollaro<br>333 Chelsea Road<br>Staten Island, NY | 15, 22, 32, 34, 39, 51, 58, 71, 77, 82, 91, 98, 134, 163, 171, 218, 249, 290, 345, 407, 432, 433, 461, 500, 519, 816, 823, 824, 860, 876, 882, 933, 959, 1044, 1158, 1181, 1236 |
| 79T | 917-416-6778<br>Mario Cassarino<br>Attn: Jo Tap<br>149 Lipsett Avenue<br>Staten Island, NY | 378, 384, 388, 395, 402, 409, 411, 412, 415, 423, 425, 428, 429, 430, 431, 435, 437, 441 |
| 80T | 732-921-3219<br>Anthony O'Donnell<br>41 Avenue G<br>Monroe Township, NJ | 6, 8, 10, 11, 31, 34, 38, 42, 60, 73, 110, 115, 127, 131, 138, 139, 147, 161 |

|  | PHONE/SUBSCRIBER | DRAFT TRANSCRIPTS FOR CALL NUMBERS |
|---|---|---|
| 81T | 201-538-1866<br>Nesco Inc.<br>211 W. 5th Street<br>Bayonne, NJ<br>(Used by Nick Calvo) | 7899, 7908, 7912, 7916, 7942, 7975, 7983, 7984, 7987, 7988, 8000, 8001, 8027, 8028, 8039, 8070, 8079, 8085, 8090, 8125, 8126, 8130, 8167, 8196, 8197, 8214, 8249, 8482, 8510, 8932, 8933, 8938, 8945, 8947, 8957, 8966, 9245, 9246, 9255, 9264, 9280, 9285, 9287, 9294, 9317, 9410, 9411, 9430, 9431, 9437, 9449, 9451, 9486, 9625, 9627, 9628, 9629, 9630, 9642, 9656, 9659, 9663, 9667, 9918, 9930, 10015, 10023, 10024, 10033, 10058, 10060, 10068, 10256, 10301, 10302, 10322, 10331, 10348, 10349, 10355, 10390, 10416, 100419, 10420, 10429, 10455, 10501, 10519, 10551, 10556, 10570, 10586, 10588, 10589, 10591, 10592, 10593, 10594, 10595, 10599, 10600, 10602, 10617, 10671, 1680, 10681, 10695, 10727, 10758, 10771, 10778, 10805, 10965, 11501, 11056, 11063, 11302, 11303, 11319, 11321, 11337, 11342, 11354, 11476, 11511, 11519, 11521, 11523, 11524, 11526, 11527, 11529, 11532, 11533, 11534, 11535, 11542, 11545, 11547, 11549, 11556, 11557, 11604, 11606, 11611, 11749, 12024, 12095, 12097, 12101, 12523, 12526, 12531, 12555, 12558, 12567, 12570, 12571, 12591, 12599, 12614, 12934, 12942, 12945, 12955, 12959, 12966, 13118, 13131, 13134, 13167, 13169, 13170, 13177, 13181, 13185, 13201, 13254, 13255, 13257, 13292, 13298, 13844, 13875, 13876, 13891, 13897, 13918, 14816, 14818, 14823, 14861, 14862, 15062, 15517, 7938, 7969, 7911, 7913, 7932, 7934, 8605, 8607, 8726, 8727, 8728, 8745, 8906, 8907, 8909, 8955, 8956, 8957, 9021, 9022, 9023, 9025, 9471, 9472, 9474, 9475, 9476, 9477, 9479, 9653, 9656 |

|     | PHONE/SUBSCRIBER | DRAFT TRANSCRIPTS FOR CALL NUMBERS |
|-----|------------------|-------------------------------------|
| 82T | 347-682-0465<br>R. Ranieri<br>282 Morningstar Road, FL<br>Staten Island, NY<br>(Used by James Outerie) | 23, 28, 49, 51, 52, 53, 60, 61, 62, 67, 71, 78, 79, 82, 83, 84, 85, 86, 90, 92, 94, 97, 102, 103, 104, 105, 106, 107, 108, 109, 112, 114, 117, 118, 119, 126, 127, 128, 130, 135, 136, 137, 141, 144, 145, 146, 148, 151, 154, 160, 162, 165, 168, 169, 178, 179, 182, 183, 184, 186, 188, 189, 191, 192, 193, 195, 196, 199, 200, 204, 210, 214, 215, 216, 217, 219, 221, 222, 228, 231, 234, 235, 236, 237, 244, 246, 250, 255, 257, 260, 261, 268, 296, 271, 272, 273, 275, 276, 277, 279, 280, 281, 290, 291, 292, 295, 310, 316, 317, 318, 321, 322, 323, 324, 331, 332, 337, 342, 346, 348, 350, 351, 365, 366, 368, 369, 370, 373, 374, 378, 381, 382, 383, 388, 394, 399, 418, 425, 426, 427, 429, 430, 431, 433, 437, 438, 442, 444, 452, 453, 457, 460, 463, 464, 465, 467, 471, 472, 473, 474, 475, 478, 482, 483, 484, 488, 490, 492, 493, 501, 502, 503, 504, 511, 512, 514, 517, 522, 523, 534, 525, 526, 527, 528, 530, 531, 545, 559, 567, 568, 571, 575, 576, 577, 579, 580, 582, 589, 593, 600, 602, 603, 604, 605, 606, 609, 610, 612, 615, 622, 625, 628, 629, 632, 642, 643, 647, 650, 653, 655, 656, 657, 675, 676, 679, 680, 684, 685, 686, 687, 688, 694, 697, 698, 699, 700, 702, 703, 711, 712, 715, 716, 717, 718, 719, 725, 726, 728, 729, 731, 732, 733, 739, 740, 743, 745, 746, 747, 749, 760, 761, 763, 768, 769, 770, 777, 778, 779, 782, 785, 788, 792, 798, 804, 808, 809, 810, 811, 813, 816, 817, 818, 819, 821, 825, 833, 834, 835, 837, 840, 844, 846, 848, 873, 874, 875, 877, 878, 879, 882, 883, 884, 885, 886, 887, 889, 890, 896, 897, 934, 950, 954, 973, 980, 982, 1007, 1009, 1046, 1050, |

|  | PHONE/SUBSCRIBER | DRAFT TRANSCRIPTS FOR CALL NUMBERS |
|---|---|---|
| 82T cont | 347-682-0465<br>R. Ranieri<br>282 Morningstar Road, FL<br>Staten Island, NY<br>(Used by James Outerie) | 1052, 1078, 1094, 1095, 1096, 1109, 1128, 1144, 1145, 1167, 1172, 1185, 1187, 1189, 1194, 1200, 1219, 1247, 1249, 1255, 1260, 1262, 1263, 1278, 1278, 1282, 1294, 1318, 1345, 1395, 1397, 1401, 1402, 1418, 1423, 1435, 1452, 1457, 1475, 1483, 1518, 1522, 1523, 1524, 1539, 1540, 1548, 1549, 1552, 1556, 1563, 1568, 1569, 1571, 1574, 1582, 1590, 1648, 1649, 1673, 1693, 1712, 1789, 1790, 1792, 1795, 1796, 1808, 1812, 1832, 1840, 1845, 1846, 1854, 1855, 1941, 1944, 1953, 1993, 1994, 1996, 1998, 1999, 2001, 2002, 2005, 2007, 2009, 2012, 2013, 2016, 2017, 2027, 2029, 2030, 2053, 2061, 2063, 2074, 2075, 2100, 2102, 2128, 2129, 2133, 2139, 2140, 2141, 2144, 2151, 2153, 2155, 2177, 2191, 2193, 2210, 2214, 2232, 2291, 2294, 2331, 2368, 2372, 2401, 2416, 2446, 2458, 2466, 2487, 2491, 2495, 2497, 2501, 2514, 2515, 2522, 2538, 2564, 2576, 2578, 2582, 2595, 2599, 2613, 2619, 2626, 2629, 2630, 2634, 3640, 3663, 2673, 2676, 2684, 2688, 2691, 2695, 2699, 2700, 2704, 2706, 2708, 2710, 2711, 2748, 2749, 2750, 2753, 2771, 2777, 2799, 2780, 2782, 2791, 2806, 2820, 2829, 2853, 2861, 2871, 2888, 2936, 2955, 2977, 2987, 3126, 3129, 3195, 3233, 3237, 3238, 3265, 3275, 3301, 3302, 3355, 3356, 3357, 3363, 3365, 3375, 3387, 3410, 3416, 3421, 3435, 3447, 3448, 3451, 3471, 3485, 3603, 3604, 3611, 3613, 3677, 3691, 3692, 3711, 3725, 3739, 3768, 3824, 3894, 3898, 3906, 3940, 3987, 3988, 3998, 4011, 4012, 4018, 4020, 4028, 4103, 4105, 4117, 4122, 4469, 4572, 4575, 4599, 4851, 36, 43, |

|  | PHONE/SUBSCRIBER | DRAFT TRANSCRIPTS FOR CALL NUMBERS |
|---|---|---|
| 82T cont | 347-682-0465<br>R. Ranieri<br>282 Morningstar Road, FL<br>Staten Island, NY<br>(Used by James Outerie) | 110, 232, 590, 721, 788, 845 |
| 83T | 718-541-4303<br>Jerry Romano<br>168 Carroll St.<br>Brooklyn, NY<br>(Used by Romano) | 475, 486, 488, 489, 506, 513, 529 |
| 84T | 646-996-0658<br>Giulio Pomponio<br>63 Heinz Avenue<br>Staten Island, NY<br>(Used by Pomponio) | 6782, 793, 804 |
| 85T | 917-886-0461<br>Rachel Connor<br>128 Graves St.<br>Staten Island, NY<br>(Used by Billy Connor) | 409, 410, 428, 442, 443, 444 |
| 86T | 646-201-8180<br>Christina Lowe<br>1331 Coney Island Ave.<br>Brooklyn, NY<br>(Used by Edward Sobel) | 407, 432, 3414 |
| 88T | 347-628-9115<br>Prepaid<br>(Used by James Outerie) | 5, 6, 7, 9, 11, 12, 14, 17, 18, 19, 21, 23, 24 |
| 89T | 347-598-2640<br>Prepaid<br>(Used by James Outerie) | 1, 2, 10, 14, 29, 33, 39, 41, 45, 54, 77, 78, 80, 88, 94, 122, 134 |

|     | PHONE/SUBSCRIBER | DRAFT TRANSCRIPTS FOR CALL NUMBERS |
| --- | --- | --- |
| 90T | 646-261-9890<br>R. Ranieri<br>282 Morningstar Road, FL<br>Staten Island, NY<br>(Used by Richard Ranieri) | 6, 7, 23, 27, 28, 35, 38, 42, 46, 49, 68, 79, 93, 95, 126, 129, 175, 176, 248, 436, 905, 917, 325, 946, 947, 1008, 1112, 1113, 1114, 1147, 1310, 1380, 1381, 1426, 1519, 1532, 1586, 1588, 1877, 1901, 2119, 2187, 2188, 2191, 2236, 2271, 2338, 2457, 2458, 2459, 2552, 2556, 2565, 2567, 2568, 2743, 3768, 2903, 2904, 2905, 2959, 3020, 3030, 3038, 3048, 3051, 3069, 3097, 3721, 3729, 3789, 3850, 3855, 3856, 3858, 3861, 3893, 3896, 3941, 3492, 3948, 4031, 4038, 4117, 4183, 4188, 4225, 4227, 4230, 4442, 4537, 4579, 4652, 4721, 4817, 4852, 4853, 5013, 5066, 5067, 5072, 5119, 5128, 5129, 5226, 5241, 5270, 5313, 5314, 5317, 5323, 5336, 5337, 5348, 5353, 5430, 5491, 5492, 5493, 5494, 5496, 5497, 5502, 5522, 5969, 5972, 5985, 6096, 6101, 6190, 6207, 6231, 6239, 6240, 6242, 6243, 3244, 3245, 6246, 6247, 6306, 6307, 6320, 6325, 6500, 6505, 6624, 6703, 6704, 6722, 6724, 6841, 6843, 6941, 6943, 6959, 7062, 7063, 7064, 7065, 7076, 7098, 7110, 7147, 7150, 7157, 7193, 7203, 7212, 7217, 7249, 7258, 7290, 7291, 7295, 7320, 7322, 7347, 7350, 7481, 7482, 7483, 7655, 7662, 7788, 7789, 7813, 7941, 7989, 8021, 8023, 8041, 8052, 8057, 8064, 8065, 8066, 8067, 8070, 8071, 8351, 8793, 8888, 8889, 8935, 8951, 9064, 9065, 9066, 9068, 9087, 9109, 9126, 9304, 9456, 9472, 9473, 9475, 9477, 9479, 9500, 9052, 9503, 9528, 9566, 9588, 9597, 9615, 9640, 9650, 9654, 9662, 9663, 9749, 9770, 9820, 9825, 9826, 9859, 9860, 9864, 9867, 9868, 9872, 9943, 9946, 9953, 9969, 9989, 9994, 10085, 10095 , 10162, 10171, 10172, 10175, |

|     | PHONE/SUBSCRIBER | DRAFT TRANSCRIPTS FOR CALL NUMBERS |
|---|---|---|
| 90T cont | 646-261-9890<br>R. Ranieri<br>282 Morningstar Road, FL<br>Staten Island, NY<br>(Used by Richard Ranieri) | 10181, 10191, 10226, 10282, 10284, 10285, 10403, 10408, 11108, 11127, 11135, 11285, 11286, 11287, 11288, 11289, 11290, 11292, 11299, 11302, 11304, 11309, 11321, 11324, 11325, 11326, 11343, 11347, 11348, 11349, 11353, 11354, 11355, 11359, 11362, 11363, 11392, 11402, 11417, 11500, 11517, 11544, 11689, 11726, 11730, 11781, 11782, 11814, 11822, 11832, 11838, 11840, 11855, 11866, 11968, 11969, 12018, 12031, 12037, 12086, 12092, 12094, 12101, 12198, 12282, 12285, 12286, 12287, 12288, 12350, 12402, 12452, 12474, 12498, 12513, 12516, 12548, 12550, 12827, 12828, 12857, 12950, 12952, 12953, 12961, 12962, 12972, 12974, 12975, 12985, 13088, 13089, 13145, 13146, 13150, 13160, 13212, 451, 960, 1632, 2296, 3559, 3851, 4058 |
| 93T | 347-598-2098<br>Prepaid<br>(Used by Steven Iaria) | 25, 28, 29, 32, 34, 35, 36, 37, 67, 73, 75, 87, 103, 103, 108, 109, 111, 115, 116, 128, 133, 134, 135, 137, 138, 139, 140, 142, 143, 146, 155, 161, 168, 199, 241, 243 |
| 94T | 347-628-1881<br>Prepaid<br>(Used by Steven Iaria) | 2, 9, 10, 16 |
| 95T | 917-216-0702<br>Prepaid<br>(Used by Steven Iaria) | 3, 7, 70, 94, 101, 140, 174, 175, 218, 219, 220, 228, 280, 328, 334, 335, 339, 353, 369, 532, 571, 572, 590, 598, 610, 634, 642, 654, 664, 674, 681, 708, 712, 805, 822, 862, 1076, 1077, 1221, 1223 |

| | PHONE/SUBSCRIBER | DRAFT TRANSCRIPTS FOR CALL NUMBERS |
|---|---|---|
| 99T | 516-554-1957<br>Gina Haskell<br>87 Grand Blvd.<br>Massapequa, NY<br>(Used by Leonard DiMaria) | 200, 213, 214, 216, 238, 239, 241, 243, 248, 249, 332, 345, 358, 363, 455, 466, 469, 482, 484, 485, 598, 643, 847, 982, 1313, 1473 |
| 100T | 347-860-4124<br>Prepaid<br>(Used by Leonard DiMaria) | 5, 7, 9, 10, 11, 14, 15, 16, 18, 20, 21, 22, 23, 24, 33, 42, 43, 46, 47, 48, 50, 52, 56, 57, 60, 63, 64, 65, 66, 68, 70, 73, 77, 79, 83, 84, 89, 92, 97, 105, 107, 108, 112, 113, 114, 121, 122, 123, 125, 126, 128, 130, 142, 160, 165, 173, 174, 176, 178, 212, 213, 214, 215, 216, 217, 218, 219, 221, 244, 245, 251, 252, 271, 273, 275, 276, 296, 297, 306, 307, 308, 309, 315, 319, 321, 323, 327, 328, 329, 330, 333, 341, 343, 344, 345, 351, 352, 357, 358, 362, 3801, 382, 383, 1 |
| 101T | 646-266-0897<br>Patrick Tong<br>7140 15th Ave.<br>Brooklyn, NY<br>(Used by Steven Iaria) | 2, 30, 76, 191, 494 |
| 105T | 917-952-2385<br>Morano Diamond Buyers of NY<br>20 W. 47th St.<br>New York, NY<br>(Morano cell phone) | 58, 60, 82, 88, 89, 102, 173, 189, 281, 283, 284, 285, 403, 432, 503, 558, 560, 574, 644, 658 |
| 107T | 516-378-9658<br>Exit M7-E off Meadowbrook Parkway<br>Freeport, NY<br>(Payphone Used by Steven Iaria) | 32, 41 |

9

|      | PHONE/SUBSCRIBER | DRAFT TRANSCRIPTS FOR CALL NUMBERS |
|------|------------------|-------------------------------------|
| 108T | 516-378-9649<br>Exit M7-E off Meadowbrook Parkway<br>Freeport, NY<br>(Payphone Used by Steven Iaria) | 90, 91, 154, 199, 200, 285, 286, 287 |
| 109T | 516-378-9648<br>Exit M7-E off Meadowbrook Parkway<br>Freeport, NY<br>(Payphone Used by Steven Iaria) | 164 |
| 110T | 718-377-9032<br>Flatlands Avenue and Coleman St.<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | 1046, 1108, 1109 |
| 112T | 718-251-9668<br>Rockaway Parkway and Avenue M<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | 30, 464 |
| 113T | 718-251-9738<br>Rockaway Parkway and Avenue M<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | 259, 530 |
| 114T | 718-444-9559<br>E. 95th Street and Avenue L<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | 217 |

|  | PHONE/SUBSCRIBER | DRAFT TRANSCRIPTS FOR CALL NUMBERS |
|---|---|---|
| 115T | 718-252-1534<br>Utica Avenue and Avenue O<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | 41, 51, 52, 168 |
| 116T | 718-377-9659<br>Utica Avenue and Avenue N<br>Brooklyn, NY<br>(Payphone Used by Steven Iaria) | 88, 89 |
| 117T | 347-907-0573<br>Prepaid<br>(Used by Leonard DiMaria) | 2, 3 |
| 120T | 646-464-0384<br>Prepaid<br>(Used by Vincent Dragonetti) | 14, 26, 32, 34, 45, 46, 57, 62, 91, 92, 93, 94, 95, 101, 103, 104, 128, 129, 135, 137, 143, 145, 158, 170, 191, 192, 203, 221, 228, 231, 232, 242, 277, 284, 288, 289, 305, 314, 388, 390, 392, 395, 401, 403, 404, 405, 409, 414, 438, 439, 452, 487, 5 |
| 121T | 347-244-5812<br>Prepaid<br>(Used by Vincent Dragonetti) | 7, 8, 11, 12, 13, 24, 25, 26, 27, 30, 34, 46, 47, 50, 51, 52, 53, 54, 58, 59, 60, 66, 67, 68, 69, 70, 73, 74, 75, 76, 77, 78, 82, 84, 85, 86, 87, 88, 90, 91, 97, 99, 104, 105, 112, 120, 121, 123, 125, 127, 131, 132, 133, 134, 135, 136, 138, 139, 140, 145, 153, 163, 164, 165, 166, 173, 177, 179, 181, 188, 190, 191, 193, 194, 204, 205, 206, 207, 218, 224, 225, 236, 247, 248, 257, 258, 259, 260, 262, 263, 266, 267, 268, 269, 271, 275, 277, 278, 279, 280, 282, 290, 291, 297, 299, 302, 303, 305, 311, 313, 314, 316, 318, 319, 330 |

|      | PHONE/SUBSCRIBER | DRAFT TRANSCRIPTS FOR CALL NUMBERS |
|------|------------------|-------------------------------------|
| 122T | 917-622-7787<br>Prepaid<br>(Used by Vincent Dragonetti) | 3, 11, 13, 17, 37, 46, 47, 54, 56, 58, 62, 63, 64, 78, 87, 89, 98, 131, 132, 133, 136, 139, 140, 142, 148, 161, 170, 188, 189, 197, 198, 199, 203, 204, 206, 226, 236, 252, 254, 255, 259, 261, 329, 330, 331, 341, 342, 343, 346, 350, 353, 358, 360, 361, 362, 367, 368, 371, 377, 378, 379, 387, 394, 422, 423, 424, 425, 428, 429, 430, 437, 452, 455, 456, 486, 490, 499, 505, 506, 507, 508, 514, 515, 524, 529, 559, 571, 575, 630, 635, 638, 671, 676, 681, 683, 689, 696, 698, 702, 704, 729, 802, 803, 813, 815, 824, 825, 840, 843, 845, 851, 852, 856, 857, 864, 874, 875, 876, 877, 878, 880, 897, 898, 901, 903, 904, 905, 907, 913, 920, 921, 925, 927, 928, 933, 934, 935, 936, 937, 938, 939, 961, 962, 965, 970, 971, 980, 986, 987, 988, 993, 1001, 1002, 1007, 1013, 1014, 1019, 1020, 1027, 1030, 1031, 1035, 1037, 1038, 1040, 1043, 1045, 1046, 1048, 1049, 1050, 1051, 1052, 1053, 1054, 1056, 1057, 1065, 1071, 1002, 1097, 1098, 1099, 1100, 1103, 1104, 1105, 1109, 1120, 1144, 1159, 1160, 1164, 1183, 1189, 1190, 1192, 1193, 1195, 1198, 1199, 1201, 1202, 1204, 1206, 1208, 1209, 1210, 1214, 1215, 1216, 1217, 1221, 1225, 1232, 1235, 1250, 1251, 1252, 1253, 1255, 1256, 1259, 1260, 1261, 1262, 1263, 1264, 1285, 1293, 1301, 1316, 1326, 1336, 1337, 1338, 1340, 1345, 1351, 1358, 1361, 1363, 1366, 1371, 1380, 1390, 1393, 1398, 1408 |
| 125T | 347-231-6349<br>Joan Andrews<br>665 Craig Avenue<br>Staten Island, NY | 191, 196, 197, 198, 199, 201, 213, 215, 217, 219, 239, 240, 243, 246, 247, 248, 250, 261, 267, 269 |

|      | PHONE/SUBSCRIBER | DRAFT TRANSCRIPTS FOR CALL NUMBERS |
|------|------------------|-------------------------------------|
| 126T | 917-207-2145<br>Michelle Yacovello<br>17 Blythe Place<br>Staten Island, NY | 28998, 29025, 29028, 29089, 29096, 29101, 29106, 29107, 29110, 29122, 29128, 29155, 29169, 23175, 23176, 29180, 29189, 29198, 29199, 29221, 29228, 29234, 29282, 29284, 29286, 29287, 29288, 29290, 29305, 29306, 29315, 29322, 29325, 29328, 29342, 29368, 29420, 29441, 29442, 29464, 29486, 29487, 29488, 29489, 29490, 29495, 29496, 29509, 29540, 29595, 29647, 29662, 29665, 29688, 29689, 29702, 29722, 29735, 29744, 29745, 29779, 29783, 29784, 29790, 29797, 29810, 29829, 29830, 29905, 29914, 29927, 29930, 29958, 29966, 29994, 29996, 29998, 30002, 30023, 30026, 30047, 30048, 30050, 30054, 30091, 30092, 30093, 30094, 30096, 30112, 30113, 30115, 30134, 30231, 30904, 30907, 30944, 30948, 30949, 30986, 31026, 31284, 31792, 31793, 31794, 31807, 31850, 31855, 31877, 31909, 31922, 31991, 32045, 32293, 32294, 32296, 32301, 32470, 32475, 32498, 32580, 32583, 32639, 32643, 32647, 32678, 32680, 32681, 32687, 32690, 32691, 32696, 32728, 32736, 32743, 32754, 32759, 32764, 32905, 32912, 32913, 32914, 32915, 32969, 32977, 32991, 32999, 33001, 33005, 33011, 33013, 33062, 33078, 33139, 33165, 33172, 33173, 33174, 33181, 33201, 33202, 33221, 33223, 33297, 33306, 33393, 33438, 33616, 33620, 33698, 33793, 33798, 33799, 33801, 33803, 33813, 33831, 33033, 33834, 33837, 33839, 33841, 33843, 33849, 33852, 33856, 33858, 33878, 33879, 33809, 33909, 33921, 33952, 34020, 34069, 34091, 34105, 34295, 34303, 34330, 34376, 34394, 34423, 34461, 34463, 34471, 34535, 34536, 34644, 34688, 34705, 34732, 34742, 34743, 34744, 34747, 34754, 34799, 34804, 34822, 34854, 35075, 35182, 35218, 35242, |

|      | PHONE/SUBSCRIBER | DRAFT TRANSCRIPTS FOR CALL NUMBERS |
|------|------------------|-------------------------------------|
| 126T | 917-207-2145<br>Michelle Yacovello<br>17 Blythe Place<br>Staten Island, NY | 35256, 35271, 35293, 35296, 35298, 35300, 35301, 35302, 35311, 35392, 35422, 35465, 35702, 35959, 36013, 36017, 36075, 36093, 36095, 36099, 36112, 36408, 36411, 36414, 36427, 36428, 36455, 36497, 36506, 36515, 36520, 36528, 36530, 36540, 36547, 36564, 36616, 36657, 36660, 36804, 36805, 36806, 36812, 36820, 36954, 37245, 37251, 37253, 37262, 37276, 37279, 37310, 37311, 31315, 37493, 37546, 37566, 37568, 37572, 37607, 37609, 37611, 37622, 37792, 37803, 37820, 37866, 37918, 37975, 38240, 38249, 38251, 38258, 38259, 38359, 38380, 38394, 38495, 38498, 38555, 38607, 38612, 38613, 38659, 38661, 38813, 38880, 38908, 38933, 38946, 38947, 38964, 38966, 38967, 38969, 38970, 38971, 38975, 38981, 38984, 38985, 38986, 38989, 38992, 39002, 39006, 39007, 39045, 39053, 39056, 39065, 39089, 39157, 39176, 39187, 39194, 39205, 39224, 39248, 39257, 39293, 39422, 39424, 39427, 39443, 39445, 39474, 39484, 39485, 39490, 39526, 39536, 39567, 21, 24, 405, 2132, 2264, 4392 |

Please contact me if you have any questions or requests.

Very truly yours,

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By:          /s/
Joey Lipton
Assistant U.S. Attorney
(718) 254-6125

cc: Clerk of the Court (JBW)

14