# EXHIBIT 1

Case 1:08-cr-00076-JBW    Document 1482-2    Filed 11/10/08    Page 1 of 3 PageID #: 7612

1

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF NEW YORK
2
   - - - - - - - - - - - - - - - - X
3
   UNITED STATES OF AMERICA        :     08-CR-00076 (JBW)
4
       -against-                         U.S. Courthouse
5                                   :
                                         Brooklyn, New York
6   FRANK CALI

7                   Defendant       :
                                         August 7, 2008
8   - - - - - - - - - - - - - - - X      10:30 a.m.

9

   BEFORE:
10          HONORABLE JACK B. WEINSTEIN
            United States District Judge
11

12

   APPEARANCES:
13
   For the Government:       BENTON J. CAMPBELL, ESQUIRE
14                           United States Attorney
                             271 Cadman Plaza East
15                           Brooklyn, New York 11201
                             BY:   JOEY LIPTON
16                                 EVAN NORRIS
                                   Assistant U.S. Attorneys
17

18  For the Defendant:       HARLAN J. PROTASS
                             305 Madison Avenue
19                           Suite 1301
                             New York, New York 10165
20

21
   Court Reporter:           RONALD E. TOLKIN, RMR
22                           Official Court Reporter
                             225 Cadman Plaza East
23                           Brooklyn, New York 11201

24

           Minutes Taken Stenographically.  Transcript Produced
25  By Computer Aided Transcription.

1   the conspiracy is a conspiracy.  There are two different

2   matters.

3            So to that extent it isn't double counting.  It is

4   a conspiracy to use a threat, and then it is the use of the

5   threats under the guidelines.  So it is an interesting

6   problem.  It is kind of obtuse, and you may want to take an

7   appeal.

8            But I am not going to give you less than two points

9   under Paragraph 143.  If you can, I can change the sentence

10  that I was going to make, but I am not inclined to do so in

11  this case as I was in the other cases.

12           What else?

13           MR. PROTASS:  Well, there is the one-point

14  enhancement that is in the presentence report for the amount

15  of money at issue here, Your Honor, and --

16           THE COURT:  Well, that, I don't see.  What's --

17  where is the loss?

18           MR. LIPTON:  There is the loss of $13,000 that was

19  paid pursuant to this conspiracy so that -- 

20           THE COURT:  Paid to whom?

21           MR. LIPTON:  This was paid to individuals, Leonard

22  DiMaria, Ernest Grillo, and Nicholas Corozzo, based on the --

23  once the cooperating witness, John Doe Number 4, got the

24  rights to dump at the site.

25           THE COURT:  This is the NASCAR?