**JOSEPH R. BENFANTE, P.C.**
ATTORNEY AT LAW
225 BROADWAY, SUITE 2700
NEW YORK, NEW YORK 10007
WWW.BENFANTELAW.COM

JOSEPH R. BENFANTE

JON L. NORINSBERG
OF COUNSEL

TELEPHONE: (212) 227-4700

FACSIMILE: (212) 406-6890

September 13, 2010

<u>VIA ECF</u>
Honorable Jack B. Weinstein
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: <u>United States v. Joseph Chirico</u>
          08-76 (JBW)

Dear Judge Weinstein:

  The undersigned attorney represented and represents Joseph Chirico, who was sentenced by Your Honor, on December 5, 2008. Mr. Chirico was sentenced to house arrest/probation followed by supervised release.

  Although Mr. Chirico was sentenced to a felony and is precluded from ever owning or using a firearm, Mr. Chirico is respectfully requesting the Court's approval for him to be able to participate in the sport of archery; utilizing a bow and arrow. Joseph Chirico owns property located in Upstate New York and has participated in outdoor sporting activities his entire life. Mr. Chirico is especially looking forward to spending time with his son Marco, in pursuit of such outdoor activity.

  This request is made with the consent of both Assistant United States Attorney Daniel Brownell and Mr. Chirico's Supervising Probation Officer Bob Anton.

JOSEPH R. BENFANTE

September 13, 2010
Honorable Jack B. Weinstein
United States District Court Judge

Thank you for your time and consideration in this matter.

Respectfully yours,

*Joseph R. Benfante*

JOSEPH R. BENFANTE

JRB:jb

cc: Daniel Brownell, Esq.
    Assistant United States Attorney

    Bob Anton
    United States Probation Officer